UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELIAR CHING CONCEPCION,

       Petitioner,

    v.

WARDEN, FLORIDA SOFT SIDE
SOUTH,  ATTORNEY GENERAL
OF THE UNITED STATES,

       Respondents.

Case No. 2:26-cv-1627-KCD-KRH

/

## **ORDER**

Petitioner Eliar Ching Concepcion has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement ("ICE"). (Doc. 1.)[1] He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). This is Concepcion's second petition. The prior case was denied because, although the presumptively reasonable six-month period set forth in *Zadvydas* had passed, Concepcion had twice refused removal to Mexico, so the time was tolled. *See Concepcion v. ICE*, No. 2:26-cv-1432-KCD-NPM. The Court concluded that Concepcion could refile his petition should he cooperate and show that there is no significant likelihood of removal. Concepcion's new

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

petition does nothing to show that he is cooperating with his removal. (Doc. 1.) So the result is the same. For the reasons already explained in the prior case, the petition is **DENIED WITHOUT PREJUDICE** to Concepcion refiling a new petition should his current detention be unimpeded and he can demonstrate there is no significant likelihood of removal in the reasonably foreseeable future. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on June 12, 2026.

Kyle C. Dudek
United States District Judge